WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah L. Williams, | NO.  CV-05-442-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |

Pending before the Court is a letter from Plaintiff Deborah L. Williams expressing "concerns about Civil Complaint #CV'05 0442 SMM." (Dkt. 14.) Given that Plaintiff is representing herself in this proceeding, the Court liberally construes her letter as a Motion Requesting the Status of her case.

Plaintiff filed a complaint in this action on February 7, 2005, appealing a decision by the Commissioner of the United States Social Security Administration (the "Commissioner") pursuant to 42 U.S.C. § 405(g). (Dkt. 1.) On March 22, 2005, this Court granted Plaintiff's request to proceed in forma pauperis, without prepayment of costs or fees. (Dkt. 3.) The Court further ordered that "Plaintiff shall be responsible for service by waiver or of the summons and complaint." (Id.)

1

2

3

4

5

      To date, it does not appear that Plaintiff has served a copy of her Amended Complaint or Summons upon the Commissioner, the United States Attorney's Office for the District of Arizona, or the United States Attorney General in accordance with Rule 4 of the Federal Rules of Civil Procedure.  Attached to this Order are the proper Summonses which Plaintiff must serve with a copy of her Amended Complaint.

6

7

8

9

10

11

12

13

14

15

16

      After Plaintiff has completed service, the Commissioner will file (i) an answer to the Amended Complaint and (ii) a record of the proceedings before the Administrative Law Judge.  The Court will then issue a "Scheduling Order," which directs Plaintiff to file any desired motions, including a motion for summary judgment, within sixty days from the date of the Commissioner's answer.  This case will not be tried in court, as your letter suggests.  Therefore, the only procedure by which you may challenge the ruling of the Administrative Law Judge is by filing a motion for summary judgment in accordance with the Scheduling Order.  If you file a motion for summary judgment, the Commissioner will respond to your motion.  You may then reply to the Commissioner's response.  After the summary judgment motions have been briefed by both sides, the Court will decide the merits of the case and issue an Order.

17

18

      **IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion requesting Status of her case.  (Dkt. 14.)

19

20

21

22

23

24

25

      **IT IS FURTHER ORDERED** that, in accordance with Rule 4 of the Federal Rules of Civil Procedure, Plaintiff shall effect service of her Amended Complaint and the attached Summonses on the Commissioner of the United States Social Security Administration, the United States Attorney's Office for the District of Arizona, and the United States Attorney General no later than 120 days after this Order is issued.  If Plaintiff cannot afford to serve these parties, she may file an application requesting that the Court order service be made at Government expense.

26

**IT IS FURTHER ORDERED** that the Clerk shall attach to this Order and send to Plaintiff the Summonses, including addresses, for proper service on the Commissioner of the Social Security Administration, the United States Attorney's Office, Arizona, and the United States Attorney General.

**IT IS FURTHER ORDERED** that this Order shall serve as notice to the Plaintiff under Rule 4(m) of the Federal Rules of Civil Procedure that the Court shall dismiss this action without further notice to the Plaintiff with respect to any Defendant named in the Amended Complaint that is not served in accordance with Rule 4 of the Federal Rules of Civil Procedure within the 120 day period referred to on page 1 of this Order.

DATED this 30th day of August, 2006.

Stephen M. McNamee
United States District Judge

-3-