WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah L. Williams,<br><br>                    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>                    Defendant. | NO.  CV-05-442-PHX-SMM<br><br>**ORDER** |

Pending before the Court are Plaintiff Deborah L. Williams' Motion to Proceed In Forma Pauperis for Service of Summons by United States Marshals and Motion for a Court Order Instructing the United States Marshal's Office to Continue to Serve Parties.  (Dkts. 22, 24.)  Plaintiff's requests will be denied as moot, because the docket reflects that the United States Marshals Office has already served summonses on the Commissioner, the United States Attorney's Office for the District of Arizona, and the United States Attorney General.  (Dkts. 20-21, 23.)

Accordingly,

**IT IS HEREBY ORDERED DENYING AS MOOT** Plaintiff's Motion to Proceed In Forma Pauperis for Service of Summons by United States Marshals.  (Dkt. 22.)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**IT IS FURTHER ORDERED DENYING AS MOOT** Plaintiff's Motion for a Court Order Instructing the United States Marshal's Office to Continue to Serve Parties. (Dkt. 24.)

DATED this 25th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge