WO

1
2
3
4
5

6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE DISTRICT OF ARIZONA

8   Deborah L. Williams,                    NO.   CV-05-442-PHX-SMM

9                        Plaintiff,          **ORDER**

10
11  v.

12  JO ANNE B. BARNHART,
    Commissioner of Social Security,

13                        Defendant.

14
15

16
17          On September 29, 2006, the Court received a letter from Plaintiff requesting whether

18  she should respond to a September 27, 2006 letter from the Office of the United States

    Attorney for the District of Arizona (the "September 27 Letter").  The September 27 Letter
19
    acknowledged service of Plaintiff's Summons and Complaint, and requested her social
20
    security number in order to locate the administrative hearing transcript in her case.
21
            The request set forth in the September 27 Letter is an ordinary procedure in social
22
    security appeals because it is necessary to locate the administrative hearing transcript.  As
23
    a result, it was entirely proper for the Office of the United States Attorney to request
24
    Plaintiff's social security number by the September 27 Letter.
25          Accordingly,

26          / / /

**IT IS HEREBY ORDERED** that Plaintiff shall provide the Office of the United States Attorney for the District of Arizona with her social security number as requested by the September 27, 2006 Letter so that an administrative hearing transcript can be obtained.

**IT IS FURTHER ORDERED** that Plaintiff shall provide her social security number to the Office of the United States Attorney for the District of Arizona no later than October 12, 2006.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Order to Plaintiff and the Office of the United States Attorney for the District of Arizona, Two Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix, Arizona, 85004-4408.

DATED this 2nd day of October, 2006.

Stephen M. McNamee
United States District Judge

-2-