**WO**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah L. Williams,<br>    Plaintiff,<br>  v.<br>Commissioner, Social Security Administration,<br>    Defendant. | CV-05-0442-PHX-SMM<br>**O R D E R** |

The Court, having considered Defendant's Motion for Enlargement of Time Within Which to File a Responsive Pleading (First Request) (dkt. 28), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Enlargement of Time Within Which to File a Responsive Pleading (First Request). (Dkt. 28.)

**IT IS FURTHER ORDERED** that Defendant shall answer or otherwise respond to Plaintiff's Complaint no later than January 12, 2007.

DATED this 16th day of November, 2006.

Stephen M. McNamee
United States District Judge